Norbert J. CEBULA, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 2006–3312.

United States Court of Appeals, Federal Circuit.

March 18, 2011.

## ON MOTION

## ORDER

Norbert J. Cebula moves for leave to have the decision in his case deleted from the internet.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

In re David BONNELL and Mark Sterin.

No. 2011–1220.

United States Court of Appeals, Federal Circuit.

March 18, 2011.

Coe F. Miles, Wong, Cabello, Lutsch, Rutherford, Houston, TX, for David Bonnell and Mark Sterin.

Raymond T. Chen, Scott C. Weidenfeller, Patent & Trademark Office, Alexandria, VA, for David J. Kappos, Director, U.S. Patent and Trademark Office.

## ON MOTION

## ORDER

BMC Software, Inc., the real party in interest, moves to dismiss its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.